**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

<table>
<tr><td></td><td></td><td></td></tr>
</table>

| | | |
|---|---|---|
| **LEE D. REEVES,** | * | |
| **aka DARNELL REEVES,** | * | |
| | * | |
| **Plaintiff,** | * | **5:21-cv-17 (Bailey/Mazzone/Blalock)** |
| | * | Civil Action No. _____ |
| | * | (Removal of  21-C-4 from the Circuit |
| | * | Court of Preston County, West Virginia) |
| | * | |
| **FEDERAL BUREAU OF PRISONS;** | * | |
| **FREDERICK ENTZEL, JR.;** | * | |
| **PAUL ADAMS; and** | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendants.** | * | |

ELECTRONICALLY
FILED
Jan 28 2021
U.S. DISTRICT COURT
Northern District of WV

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the United States of America, by William J. Powell, United States Attorney for the Northern District of West Virginia, and Erin K. Reisenweber, Assistant United States Attorney for said District, pursuant to 28 U.S.C. §§ 1442(a) and 1446, hereby removes this action from the Circuit Court of Preston County, West Virginia, the Court in which the action was initiated, to the United States District Court for the Northern District of West Virginia.   The United States files this Notice of Removal based upon the following:

1.      The United States of America is a defendant in Civil Action No. 21-C-4, now pending in the Circuit Court of Preston County, West Virginia.  Civil Action No. 21-C-4 was commenced against the United States, and others, by the filing of Plaintiff's Complaint on or about January 5, 2021. (A copy of this pleading is attached hereto as **Exhibit 1**).

2.      The United States was served with a copy of Plaintiff's Complaint on January 8, 2021.

3.      Plaintiff's Complaint alleges violations of the Federal Tort Claims Act, as well as claims of intentional infliction of emotional distress, negligence, false imprisonment and claims

1

arising under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).  The Complaint also alleges violations of the Sherman Act, the Privacy Act and the Administrative Procedure Act.

4.      28 U.S.C. 1442(a)(1) provides that

> A civil action . . . that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1)  The United States or any agency thereof . . .

The United States files this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint and service of Summons upon it pursuant to 28 U.S.C. Section 1446(b).

5.      Written notice of the filing of this Notice shall be promptly served upon the Plaintiff and filed with the Clerk of the Circuit Court of Preston County, West Virginia pursuant to 28 U.S.C. Section 1446(d).

WHEREFORE, this action now pending in the Circuit Court of Preston County, West Virginia, is properly removed therefrom to this Court pursuant to Title 28, United States Code Sections 1442(a) and 1446.

Respectfully submitted,

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:      s/ *Erin K. Reisenweber*
Erin K. Reisenweber
Assistant United States Attorney
217 West King Street, Suite 400
Martinsburg, WV 25401
Phone:   (304) 262-0590
Fax:      (304) 262-0591
Erin.Reisenweber@usdoj.gov

2

## CERTIFICATE OF SERVICE

I Erin K. Reisenweber, hereby certify that on January  28, 2021, a true and correct copy of

the foregoing Notice of Removal has been sent to the pro se Plaintiff at his address of record as

follows:


Lee D. Reeves
Aka Darnell Reeves
14013 Maple Avenue
Los Angeles, CA 90061


s/ *Erin K. Reisenweber*
Erin K. Reisenweber
Assistant United States Attorney
217 West King Street, Suite 400
Martinsburg, WV 25401
Phone:   (304) 262-0590
Fax:       (304) 262-0591

3