# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| LEE D. REEVES<br>*Plaintiff*<br>v.<br>FEDERAL BUREAU OF PRISONS;<br>FEDERICK ENTZEL, JR.;<br>PAUL ADAMS; and<br>UNITED STATES OF AMERICA<br>*Defendant* | )<br>)<br>) Civil Action No.   5:21-cv-17<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment is GRANTED.  The Court DIRECTS the Clerk to enter judgment in favor of the defendants and to STRIKE this case from the active docket.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   08/25/2021

*CLERK OF COURT*
Cheryl Dean Riley

/s/ N.M. Maxwell,  Deputy Clerk

*Signature of Clerk or Deputy Clerk*